# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0087.  ROLANDAS MALINAVICIUS v. BELINDA E. EDWARDS, JUDGE.**

Upon consideration of Rolandas Malinavicius's petition for writ of mandamus, the same is hereby DENIED. See Ct. App. R. 40(c); *Arnold v. Alexander*, 321 Ga. 330, 335 (1) & n. 6 (914 SE2d 311) (2025).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/13/2025*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*